**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARRILLO<br><br>    Petitioner-Defendant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff, | No.  CV 18-3641 PA<br>        CR 11-442-20 PA<br><br>JUDGMENT DISMISSING ACTION WITH PREJUDICE |

    Pursuant to the Court's May 3, 2018 minute order dismissing the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by petitioner-defendant Juan Carrillo as untimely and denying it on the merits,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner-defendant's action is dismissed with prejudice.

DATED: May 3, 2018

                                                                  _____<br>
                                                                         Percy Anderson<br>
                                                               UNITED STATES DISTRICT JUDGE